■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ROBERT MITCHELL, Respondent.—Order unanimously reversed and indictment reinstated. Memorandum: The defendant was charged with multiple crimes resulting from an incident during which he became intoxicated and fired a pistol several times in a public bar. In attempting to subdue defendant and avoid personal injury, a police officer shot and seriously injured defendant with the result that he is partially paralyzed. That unfortunate circumstance, however, coupled with the requirement that defendant must be

imprisoned because he is a second felony offender is not sufficient to satisfy the guidelines governing dismissal in the interest of justice established in *People v Clayton* (41 AD2d 204, 208) and approved generally by this court *(People v Belkota,* 50 AD2d 118; and see *People v Murry,* 57 AD2d 711) and the trial court should not have dismissed the indictment. (Appeal from order of Erie Supreme Court—dismiss indictment.) Present—Moule, J. P., Cardamone, Simons, Schnepp and Witmer, JJ.